UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

ANDREW L. TURNER,

Debtor.

---

JOHN S. PETERSON,

                Plaintiff,

   v.

GERIATRIC PROTECTION TRUST, et al.,

                Defendants.

C20-1046 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Defendants Geriatric Protection Trust's, Worldwide Geriatrics Limited Partnership's, Global Geriatrics, LLC's, and Arco Trust's motion for partial withdrawal of reference, docket no. 1, is GRANTED in part and DEFFERED in part as follows:

        (a)    The Bankruptcy Court shall retain jurisdiction over this action for pretrial matters.  If and when a dispositive ruling is necessary, the Bankruptcy Court will issue a report and recommendation to this Court.

MINUTE ORDER - 1

   (b) Defendant's motion for partial withdrawal of reference is otherwise DEFERRED, and this matter is STAYED pending further proceedings before the Bankruptcy Court.  On or before December 31, 2020, counsel shall file a joint status report concerning the progress of proceedings before the Bankruptcy Court.

   (c) If a trial becomes necessary, the Bankruptcy Court may file an appropriate report and recommendation, and the parties shall file a joint status report indicating the nature of the claims and when they anticipate being prepared for trial.

  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of July, 2020.

             William M. McCool
             Clerk

             s/Karen Dews
             Deputy Clerk

MINUTE ORDER - 2