UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN S PETERSON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GERIATRIC PROTECTION TRUST,<br><br>　　　　　　　Defendant. | C20-1046 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　On or before June 30, 2021, counsel shall file another joint status report concerning the progress of proceedings before the Bankruptcy Court.

(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of January, 2020.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　s/Gail Glass
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1